EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2004

at 2 o'clock and 15 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GEORGE OLOTOA           (01)<br>GLENN CHING             (02)<br>    a/k/a: "Dobie"<br>LOWELL CHANG            (03)<br><br>    Defendants. | CR. NO. CR04-00090 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846; 841(a)(1);<br> 841(b)(1)(B) & (C)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by November, 2003 and continuing to December 12, 2003, in the District of Hawaii and elsewhere, GEORGE OLOTOA, GLENN CHING, a/k/a: "Dobie" and LOWELL CHANG, the defendants, did

knowingly and intentionally conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about between mid-January, 2004, and January 26, 2004, in the District of Hawaii and elsewhere, GEORGE OLOTOA, did knowingly and intentionally conspire with others known and unknown to the Grand Jury to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and methylenedioxy-methamphetamine, ie. MDMA (ecstacy), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) & (C).

//
//
//

COUNT 3

The Grand Jury further charges:

On or about January 26, 2004, in the District of Hawaii and elsewhere, LOWELL CHANG, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4

The Grand Jury further charges:

On or about January 26, 2004, in the District of Hawaii and elsewhere, GLENN CHING, a/k/a: "Dobie", did knowingly and unlawfully distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers a Schedule II controlled substance.

//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

DATED: February 25, 2004, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney

4